# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CRISTINA KELLOGG, | : |
| | : |
|    Plaintiff, | :   Civil Action File No. |
| | : |
| vs. | :   1:18-cv-01929-LMM |
| | : |
| FANNIE'S, INC. d/b/a | : |
|    FANNIE'S CABARET and | : |
|    WILLIAM H. "BRIAN" | : |
|    PARKS, | : |
| | : |
|    Defendants. | : |

## LR 26.3 Certificate of Serving Discovery
## and
## Certificate of Service

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of **1) Plaintiff's First Continuing Interrogatories to Defendant William H. "Brian" Parks; 2) Plaintiff's First Continuing Interrogatories to Defendant Fannie's, Inc. d/b/a Fannie's Cabaret; 3) Plaintiff's First Request for Admission to Defendants Fannie's, Inc. d/b/a Fannie's Cabaret and William H. "Brian" Parks; and 4) Plaintiff's First Continuing Request for Production of Documents to Defendants** by hand delivery to the following:

1

John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, GA 30309

I further certify that I electronically filed this Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to said counsel.

Respectfully submitted,

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

Counsel for Plaintiff